UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DALE BALDWIN and<br>JUNIO CESAR FREITAS,<br><br>               Plaintiffs,<br><br>v.<br><br><br>TRADESMEN INTERNATIONAL,<br>INC. and UNIFIED CLEANROOM<br>CONSTRUCTION, LLC; ,<br><br>               Defendants. | **JUDGMENT**<br><br>No. 5:12-CV-116-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss plaintiffs' first amended complaint and plaintiffs' motion for leave to file a second amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 22, 2013, and for the reasons set forth more specifically therein, that defendants' motions to dismiss plaintiffs' first amended complaint are granted and plaintiffs' motion for leave to file a second amended complaint is denied. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 22, 2013, and Copies To:**

Jeremy Ryan Leonard (via CM/ECF Notice of Electronic Filing)
Kevin J. Dalton (via CM.ECF Notice of Electronic Filing)
Kevin Scott Joyner (via CM.ECF Notice of Electronic Filing)
Kimberly Joyce Lehman (via CM.ECF Notice of Electronic Filing)


March 22, 2013                             JULIE A. RICHARDS, CLERK
                                                    /s/ Christa N. Baker
                                                     (By) Christa N. Baker, Deputy Clerk